

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00334-CV

**IN RE** Teresa L. **RODRIGUEZ**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1453-CV-C
Honorable William D. Old III, Judge Presiding

Original Mandamus Proceeding[1]

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena Chapa, Justice
               Beth Watkins, Justice

On August 5, 2020, this court issued an opinion denying relator's petition for writ of mandamus. Relator's amended petition for writ of mandamus is also denied.

It is so **ORDERED** August 5, 2020.

**PER CURIAM**

ATTESTED TO:_____
            MICHAEL A. CRUZ,
            CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 19-1453-CV-C, styled *Teresa L. Rodriguez v. Allstate Fire and Casualty Insurance Company*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old, III, presiding.